UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TAYLOR PUBLISHING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WALSWORTH PUBLISHING COMPANY, INC. and BARBARA TAIT,<br><br>Defendants.<br>_____<br>BARBARA TAIT,<br><br>Counter Claimant,<br><br>v.<br><br>TAYLOR PUBLISHING COMPANY,<br><br>Counter Defendant.<br>_____<br><br>TAYLOR PUBLISHING COMPANY,<br><br>Counter Claimant,<br><br>v.<br><br>BARBARA TAIT,<br><br>Counter Defendant. | Case No. ED CV 09-00617-SGL (CWX)<br><br>**[Link & Term Doc. No. 16]**<br><br>**JUDGMENT ON COUNTERCLAIMS OF BARBARA TAIT** |

1  THE PARTIES' JOINT MOTION FOR ENTRY OF JUDGMENT HAVING
2  COME BEFORE THE COURT, IT IS HEREBY ORDERED AND ADGJUDGED
3  AS FOLLOWS:
4  Judgment is hereby entered dismissing, with prejudice, the Counterclaims of
5  Counter Claimant Barbara Tait against Counter Defendant Taylor Publishing
6  Company.  Each party shall bear her or its own costs.

8  IT IS SO ORDERED.
9  Dated:  July 23, 2009

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE